**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leroy Anthony THOMAS,**
**Defendant–Appellant.**

No. 01–6705.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 17, 2001.

Leroy Anthony Thomas, pro se. James Clarke Howard, Office of the United States Attorney, Baltimore, MD, for appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Leroy Anthony Thomas seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Thomas,* Nos. CR–98–111–HNM; CA–00–3317–HNM (D.Md. Mar. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*